```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

JOHN R. MORRIS,                         §
                                        §
        Plaintiff,                      §
v.                                      §   Civil Action
                                        §   No. C-05-565
FRU-CON CONSTRUCTION CORPORATION,       §
                                        §
        Defendant.                      §

## FINAL JUDGMENT

Pursuant to this Court's order granting Defendant Fru-Con Construction Corporation's motion for summary judgment, the Court dismisses with prejudice Plaintiff's claims. This is a Final Judgment.

SIGNED and ENTERED on this 26th day of September, 2006.

_____
Janis Graham Jack
United States District Judge